1    **WO**

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT FOR THE

8                            DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,              )

9                                      )      No. MC 08-38-PHX-JAT
                    Petitioner,        )

10                                     )
            v.                         )      **ORDER**

11                                     )
                                       )

12   ROBERT BARTON,                    )
                                       )

13                   Respondent.       )
                                       )

14
        This matter is before the Court on the United States's Petition to Enforce Internal

15
Revenue Service Summons (Docket #1) filed on April 7, 2008.  Based upon the petition filed

16
by the United States, the pleadings with respect thereto, Mr. Barton's failure to appear at the

17
show-cause hearing, and good cause appearing,

18
        **IT IS ORDERED** that enforcement of petitioner's Summons issued to and served on

19
Respondent Robert Barton on November 7, 2007, is granted as to the documents and

20
information described below based upon petitioner having met the criteria for summons

21
enforcement as set forth in United States v. Powell, 379 U.S. 48 (1964) and Mr. Barton having

22
failed to demonstrate that enforcement of the Summons as to the documents and information

23
described below would constitute an abuse of the Court's process or that the Summons was

24
issued by the Internal Revenue Service for an improper purpose.

25
        **IT IS FURTHER ORDERED** that Mr. Barton shall immediately comply with the

26
Summons by providing the following documents and information to Internal Revenue Officer

27

28

1  Charles Reynolds at 210 East Earll Drive, MS 5101 PHX #1106, Phoenix, Arizona 85012,

2  (602) 207-8492, no later than July 7, 2008:

3             1.      Any and all documents relating to Mr. Barton's transfer of six semi-trucks

4  to friends and family in 2007; and

5             2.      Testimony related to those documents.

6      **IT IS FURTHER ORDERED** that Mr. Barton's non-compliance with the terms and

7  conditions of this Order Enforcing Summons may serve as grounds for a finding of civil

8  contempt against him.

9      **IT IS FURTHER ORDERED** that a copy of this Order shall be personally served on

10  Respondent by an official of the Internal Revenue Service no later than June 30, 2008.

11      DATED this 23rd day of June, 2008.

12

13

14  _____

15  James A. Teilborg
   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28                              - 2 -